Mr. Denny Gray
#16169411
1173 Front, St
San Diego, CA 92101

FILED
Jan 03 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ nataliep    DEPUTY

NUNC PRO TUNC
Dec 29 2016

To: U.S. District Court Clerk
and
U.S District Judge Dana M. Sabraw
333 W. Broadway, St (Ste. #420)
San Diego, Ca 92101

"Notice"

Written Transmittal Complaint "Denial"
Access To Court Pursuant to: 15 CCR 3160(a)
- Request Sanction -

Hello Dear U.S. court Clerk, "I Request a Sanction"
I'm being denied "Access to court" By county sheriff
employee's (see attached)" I've written complaints and
I/m Request To gain my 6-month certified Trust
statement as I am a indigent status Prisoner, this
is a Federal Offense, Because of the games played
my case # 3:16 cv 0278 DMS-JMA was denied.

Read attached and this will clearly prove that
they county sheriffs dept. is playing games they know
I am in the process of protecting my civil rights, I've
Notified the county Board of Supervisor and Internal
affairs about these so call Honest employees it's a
shame you have crooked people Running San Diego.

My Family is all Navy, we will wait to see what
you do about this, Then we go 9th circuit.

Respectfully submitted:
12/23/2016    Mr. Denny Gray

Noted: Facility complaints go unanswered by Sergeants & Lt.




**San Diego County**
**SHERIFF'S DEPARTMENT**
INMATE REQUEST *(PETICION DEL RECLUSO)*

5D 06

### SECTION I — Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☒ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☐ VDF
*(Carcel)*

**Name:** Daryl Gray
*(Nombre)*

**Booking #:** 16169411     **Date of Birth:** 1956     **Housing Unit:** 5D6
*(Número)*                   *(Fecha de Nacimiento)*           *(Unidad)*

### SECTION II — Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:** *(Tengo una petición a lo siguiente):*

To: "(I/M Trust office)"

Please send me a certified Trust account statement for my legal-Law documents

- Thank you -

**Signature:** Mr. Daryl Gray     **Date and Time:** 12/6/2016
*(Firma)*                                *(Fecha y hora)*

### SECTION III — RESPONSE BY DETENTION FACILITY STAFF ONLY

**Forwarded to:** _____     **Date:** _____     **Time:** _____

MR. Gray, what are you trying to accomplish / what do you need that for? Are you trying to file a Civil rights complaint 42 U.S.C. 1983? I am trying to understand and be able direct you as to where to get that from (we don't provide it). If it is a 42 USC 1983 civil rights complaint → fill out attached LKA and all papers will be delivered to you. If NOT— Let me know!

**Completed by:** Counselor Kay     **Date:** 12·06·16

J-21 (REV 01/15) FRONT



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

TO: I/M TRUST OFFICE

**SECTION I**   Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☒ SDCJ ☐ FAC8 ☐ EMRF ☐ GBDF ☐ LCDRF ☐ SBDF ☐ VDF
*(Carcel)*

**Name:** MR. Daryl Gray
*(Nombre)*

**Booking #:** 16169411    **Date of Birth:** 1956    **Housing Unit:** 5/06
*(Número)*                  *(Fecha de Nacimiento)*    *(Unidad)*

**SECTION II**   Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I need to mail in legal-mail fee waiver to U.S. District Court. So I need a 6-month certified trust account statement.

**Signature:** Mr. Daryl Gray 16169411    **Date and Time:** 12/20/16
*(Firma)*                                   *(Fecha y hora)*

**SECTION III**   **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____    **Date:** _____    **Time:** _____

When you request to be given indigent status w/ the court, they will send you the form. Once you have filled the form out, you send it to Accounting to be completed.

**Completed by:** _____    **Date:** _____

J-21 (REV 01/15) FRONT

