# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Hon. Dana M. Sabraw

| FROM:  N. Peltier, Deputy Clerk | RECEIVED DATE:  January 27, 2017 |
|---|---|
| CASE NO.  16-cv-02978-DMS-JMA | DOC FILED BY:  Daryl Gray |
| CASE TITLE:  Gray v. Vianzon et al | |
| DOCUMENT ENTITLED:  1) Request Docket Sheet; 2) Request Screening Expedited Process; 3) Request Appointment of Counsel | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

OTHER:  Amended Complaint (Doc. No. 13) requires screening per 28 U.S.C. § 1915(e)(2) and § 1915A; Other initial miscellaneous motions (including IFP) still pending (Doc. Nos. 6, 10, 11).

Date Forwarded:   January 31, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received.  **Please file as Motion for Appointment of Counsel and send Plaintiff copy of docket to date.** |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   January 31, 2017         CHAMBERS OF:   Hon. Dana M. Sabraw

cc: All Parties            By:   KB/PSLC